JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ZENDEJAS,<br><br>             Plaintiff,<br><br>     vs.<br><br>BT VINELAND LLC; and DOES 1 to 10,<br><br>             Defendants. | Case No.: 2:23-cv-00148-RGK (AGRx)<br><br>**ORDER AND JUDGMENT RE DEFAULT**<br><br>[19] |

    Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff LUZ ZENDEJAS shall have JUDGMENT in her favor in the amount of $3,142.00 as fees-and-costs award against Defendant BT VINELAND LLC.

//
//
//
//
//

Additionally, Defendant BT VINELAND LLC, is ordered to provide an accessible parking space at the property located at or about 5420 Vineland Ave., North Hollywood, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: 7/11/2023

*Gary Klausner*
United States District Judge